FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

11 DEC 27 PM 2: 50

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: SEARCH WARRANT FOR THE PREMISES, OUTBUILDINGS, STRUCTURES, VEHICLES, AND GROUNDS AT 6814 S. 21ST STREET, OMAHA, NEBRASKA | ) ) ) ) ) ) ) | 8:11MJ274 |

MOTION TO UNSEAL SEARCH WARRANT
APPLICATION AND AFFIDAVIT

Comes now the United States of America, by and through the United States Attorney and the undersigned Assistant United States Attorney, and requests this Court to issue an Order to unseal in the above-captioned matter, the Affidavit and Application for Search Warrant, Search Warrant, and the Property Receipt.

Dated this 27th day of December, 2011

UNITED STATES OF AMERICA

DEBORAH R. GILG
United States Attorney

By: 
JOHN E. HIGGINS #19546
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102
(402) 661-3700

ORDER

IT IS SO ORDERED.

BY THE COURT:

THOMAS D. THALKEN
Magistrate Judge, United States District Court

DATED: 12/27/11